UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| PAM MILETELLO | * | CIVIL ACTION NO. 16-1623 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| R M R MECHANICAL INC. ET AL. | * | MAG. JUDGE KAREN L. HAYES |

**ORDER AND REPORT AND RECOMMENDATION**

Before the undersigned Magistrate Judge, on reference from the District Court, is a hybrid motion to dismiss and to deposit funds in the registry of the court, [doc. #14], filed by Defendant R M R Mechanical, Inc. ("RMR"). For reasons stated below, it is recommended that the motion to dismiss be DENIED. The motion to deposit funds is DENIED as MOOT.

**Analysis**

On November 22, 2016, Plaintiff Pam Miletello filed the instant lawsuit pursuant to the Employment Retirement Income Security Act ("ERISA"), 29 U.S.C. § 1001, *et seq.* claiming that she is the surviving spouse of Gerald Miletello (the "decedent") and is the beneficiary of the interest in his 401(k) Plan (the "Plan"). [doc. #1]. As the decedent's former employer, RMR is the administrator of the Plan, which holds approximately five hundred thousand dollars ($500,000) in funds.

On March 10, 2017, RMR filed an amended and restated motion to deposit funds with the registry of the court pursuant to Federal Rule of Civil Procedure 67. [doc. #24]. The undersigned granted that motion on March 13, 2017. [doc. #25]. Accordingly, RMR's original motion to

1

deposit funds, [doc. #14], is DENIED as MOOT.

Furthermore, based on the court's March 9, 2017, Report and Recommendation, *see* doc. #21, RMR's motion to dismiss, [doc. #14], should be DENIED. RMR has not filed a motion to dismiss under Federal Rule of Civil Procedure 12(b)(6). Therefore, the Court does not express any opinion on the merit of such a motion. However, reviewing Plaintiff's complaint alone, the District Court should not dismiss RMR at this stage in the litigation. *See* doc. #21.

### Conclusion

For the reasons discussed above, **IT IS RECOMMENDED** that the motion to dismiss filed by RMR, [doc. #14], be **DENIED.**

RMR's motion to deposit funds, [doc. #14], is **DENIED** as **MOOT**.

Under the provisions of 28 U.S.C. §636(b)(1)(C) and Fed. R. Civ. P. 72(b), the parties have **fourteen (14) days** from service of this Report and Recommendation to file specific, written objections with the Clerk of Court. A party may respond to another party's objections within **fourteen (14) days** after being served with a copy thereof. A courtesy copy of any objection or response or request for extension of time shall be furnished to the District Judge at the time of filing. Timely objections will be considered by the District Judge before he makes a final ruling.

**A PARTY'S FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS, CONCLUSIONS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN FOURTEEN (14) DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED PARTY, EXCEPT ON GROUNDS OF PLAIN ERROR, FROM ATTACKING ON APPEAL THE UNOBJECTED-TO PROPOSED FACTUAL**

**FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT JUDGE.**

In Chambers, at Monroe, Louisiana, this 14th day of March 2017.

_____
KAREN L. HAYES
UNITED STATES MAGISTRATE JUDGE