UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| PAM MILETELLO | * | CIVIL ACTION NO. 16-1623 |
| --- | --- | --- |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| R M R MECHANICAL INC. ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS ORDERED, ADJUDGED, and DECREED that the "Motion to Interplead Funds" construed as a motion to dismiss [Doc. No. 14], filed by Defendant R M R Mechanical, Inc., is DENIED.

Monroe, Louisiana, this 10th day of April, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE