UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| PAM MILETELLO | * | CIVIL ACTION NO. 16-1623 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| R M R MECHANICAL INC. ET AL. | * | MAG. JUDGE KAREN L. HAYES |

# J U D G M E N T

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

IT IS ORDERED, ADJUDGED, and DECREED that "Defendant the Succession of Gerald Miletello's FED. R. CIV. P. 12(b)(6) Motion to Dismiss" [Doc. No. 7] is GRANTED, and Plaintiff's claims against it are hereby DISMISSED WITH PREJUDICE.

Monroe, Louisiana, this 10th day of April, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE