UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| PAM MILETELLO | CIVIL ACTION NO. 16-1623 |
| VERSUS | JUDGE ROBERT G. JAMES |
| R M R MECHANICAL, INC., ET AL. | MAG. JUDGE KAREN L. HAYES |

## JUDGMENT

For the reasons set forth in the Report and Recommendation of the Magistrate Judge [Doc. No. 61], and after a *de novo* review of the entire record, including Plaintiff's objections, and concurring with the Magistrate Judge's findings under applicable law,

IT IS ORDERED, ADJUDGED, AND DECREED that the Motion for Summary Judgment [Doc. No. 45] filed by Defendant Sandra B. Miletello is GRANTED, and Plaintiff Pam Miletello's claims against Sandra B. Miletello are DISMISSED WITH PREJUDICE.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Defendant Sandra B. Miletello is entitled to $500,000.00 of the funds deposited in the Court's registry by Defendant RMR Mechanical, Inc., and that Plaintiff Pam Miletello is entitled to the remainder of the funds in the registry.

IT IS FURTHER ORDERED that the Motion for Summary Judgment [Doc. No. 41] filed by Plaintiff Pam Miletello is DENIED.

MONROE, LOUISIANA this 1st day of November, 2017.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE